# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARELL JOHNSON, | CASE NO. 1:12-cv-01068-SMS |
| Plaintiff, | |
| v. | ORDER TRANSFERRING CASE TO SACRAMENTO DIVISION |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

On June 29, 2012, Plaintiff filed a complaint in this Court seeking review of the Commissioner's denial of his application for disability benefits. Plaintiff resides in Elk Grove, Sacramento County, California.

Federal law is clear on the issue of venue; the claimant must file suit in the judicial district where he or she resides. 42 U.S.C. § 405(g); Loc. R. 120 (d). In this instance, Plaintiff incorrectly filed his complaint in the Fresno Division of the Eastern District of California rather than the Sacramento Division, the venue in which Plaintiff resides. When a claimant files in the wrong division, then the Court may, on its own motion, transfer venue to the proper district. Loc. R. 120 (f).

Accordingly, the Court hereby ORDERS that this case be transferred to the Sacramento District of the United States District Court for the Eastern District of California.

IT IS SO ORDERED.

**Dated:** July 3, 2012              /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE